for leave to appeal to the Court of Appeals granted. Settle order before Mr. Justice Stapleton. For former opinion, see 146 N. Y. Supp. 1035.

PEOPLE ex rel. McGLOIN, Appellant, v. PATROLMEN'S BENEFIT ASS'N OF CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. May 29, 1914.) Proceeding by the People of the State of New York, on the relation of John W. McGloin, against the Patrolmen's Benefit Association of the city of New York. W. S. Bennet, of New York City, for appellant. B. Ellison, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 160 App. Div. 926, 145 N. Y. Supp. 1140.

PEOPLE ex rel. McKENNA v. CONNOLLY. (Supreme Court, Appellate Division, Second Department. March 27, 1914.) Proceeding by the People of the State of New York, on the relation of Henry J. McKenna, against Maurice E. Connolly, as President of the Borough of Queens. No opinion. Determination reversed, without costs, and a new hearing ordered, at which the relator may have an opportunity, through counsel, if he so desires, to cross-examine every witness produced against him.

PEOPLE ex rel. MAGGIO, Appellant, v. DEPARTMENT OF HEALTH OF CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. April 24, 1914.) Proceeding by the People of the State of New York, on the relation of Accursio Maggio, against the Department of Health of the City of New York. C. W. Gould, of New York City, for appellant. W. E. C. Mayer, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. NEW YORK, N. H. & H. R. CO. v. PUBLIC SERVICE COMMISSION FOR SECOND DIST. (Supreme Court, Appellate Division, Third Department. May 21, 1914.) Proceeding by the People of the State of New York, on the relation of the New York, New Haven & Hartford Railroad Company, against the Public Service Commission for the Second District. No opinion. Motion denied. See, also, 159 App. Div. 531, 145 N. Y. Supp. 503.

PEOPLE ex rel. NEW YORK CENT. & H. R. R. CO. v. PUBLIC SERVICE COMMISSION FOR SECOND DIST. (Supreme Court, Appellate Division, Third Department. May 21, 1914.) Proceeding by the People of the State of New York, on the relation of the New York Central & Hudson River Railroad Company, against the Public Service Commission for the Second District. No opinion. Motion denied. See, also, 159 App. Div. 546, 145 N. Y. Supp. 513.

PEOPLE ex rel. POWELL, Appellant, v. SUPERINTENDENT OF NEW YORK STATE REFORMATORY FOR WOMEN, etc., Respondent. (Supreme Court, Appellate Division, Second Department. April 10, 1914.) Proceeding by the People of the State of New York, on the relation of Martha Powell, against the Superintendent of the New York State Reformatory for Women, etc. No opinion. Motion denied.

PEOPLE ex rel. REGAN v. HENNESSY et al. (Supreme Court, Appellate Division, Second Department. April 10, 1914.) Proceeding by the People of the State of New York, on the relation of Mary Regan, against Joseph P. Hennessy and others. No opinion. Writ of certiorari dismissed, with $50 costs and disbursements, upon the ground that the grade had not been established in Twentieth street, between Tenth Avenue and Vanderbilt street, by lawful authority, at the time the relator's house was built, and that the property has not been improved in conformity with any established grade.

PEOPLE ex rel. REILLY v. JOHNSON, Fire Com'r. (Supreme Court, Appellate Division, First Department. May 1, 1914.) Proceeding by the People of the State of New York, on the relation of James Reilly, against Joseph Johnson, as Fire Commissioner. D. Neuberger, of New York City, for relator. T. Farley, of New York City, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. ROACHE v. HANBURY. (Supreme Court, Appellate Division, Second Department. April 10, 1914.) Proceeding by the People of the State of New York, on the relation of Benedict Roache, against Harry A. Hanbury. No opinion. Motion to resettle order of March 27, 1914, granted to the extent of inserting therein, in lieu of the words "April term, 1914," the words "April 20, 1914"; otherwise, motion denied. See, also, 147 N. Y. Supp. 851; 147 N. Y. Supp. 1134.

PEOPLE ex rel. ROACHE, Respondent, v. HANBURY, Appellant. (Supreme Court, Appellate Division, Second Department. April 10, 1914.) Proceeding by the People of the State of New York, on the relation of J. Benedict Roache, against Harry A. Hanbury. PER CURIAM. The judgment debtor Flynn's relation to the check drawn by the Hamilton Trust Company, which appellant indorsed, and to the other persons referred to in the supplementary proceedings, involves a wide field of testimony. An examination of those parts of this testimony designated by the Special Term as to be included in the appeal record shows no sufficient grounds to change the order below. This court cannot act on the mere assertion that they are not material, without having any detailed grounds of that objection stated. The order of February 21st is therefore affirmed, with $10 costs and disbursements. See, also, 147 N. Y. Supp. 1134.

PEOPLE ex rel. ROACHE, Respondent, v. HANBURY, Appellant. (Supreme Court, Appellate Division, Second Department. May 19, 1914.) Proceeding by the People of the State of New York, on the relation of J. Benedict

Roache, against Harry A. Hanbury. No opinion. Stay of execution granted up to and including the 25th day of May, 1914. See, also, 147 N. Y. Supp. 851.

PEOPLE ex rel. RUDD, Appellant, v. CROPSEY, Dist. Atty., Respondent. (Supreme Court, Appellate Division, Second Department. May 8, 1914.) Proceeding by the People of the State of New York, on the relation of Stephen A. Rudd, against James C. Cropsey, as District Attorney of the County of Kings. No opinion. Motion denied, on condition that appellant perfect his appeal, place the case on the June calendar, and be ready for argument when reached; otherwise, motion granted, with costs.

PEOPLE ex rel. SCHULTZE, Appellant, v. FEINBERG et al., Respondents. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Proceeding by the People of the State of New York, on the relation of Otto H. Schultze, against Israel L. Feinberg and others, individually and as Coroners, etc. A. C. Vandiver, of New York City, for appellant. T. Farley, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. SCOTT v. WALDO, Police Com'r. (Supreme Court, Appellate Division, Second Department. May 1, 1914.) Proceeding by the People of the State of New York, on the relation of Michael F. Scott, against Rhinelander Waldo, as Police Commissioner of the City of New York. No opinion. Determination confirmed, and writ of certiorari quashed, with $50 costs and disbursements.

PEOPLE ex rel. STANTON v. WALDO, Police Com'r. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Proceeding by the People of the State of New York, on the relation of John F. Stanton, against Rhinelander Waldo, as Police Commissioner, etc. D. M. Neuberger, of New York City, for relator. T. Farley, of New York City, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. VON CLAUSEN, Appellant, v. HANLEY, Warden, Respondent. (Supreme Court, Appellate Division, First Department. April 9, 1914.) Proceeding by the People of the State of New York, on the relation of Ida von Clausen, against John J. Hanley, Warden, etc. R. M. Newman, of New York City, for appellant. G. Z. Medalie, of New York City, for respondent. No opinion. Order affirmed. Order filed. See, also, 146 N. Y. Supp. 1108.

PEOPLE ex rel. WHITE v. DIKE, Judge of County Court. (Supreme Court, Appellate Division, Second Department. April 10, 1914.) Proceeding by the People of the State of New York, on the relation of Josiah J. White, against Norman S. Dike, as Judge of the County Court of the County of Kings. No opinion. Motion denied, without prejudice to renewal.

The petition presented to the county judge, with the original precept submitted, should be made part of the moving papers for such application. See, also, 147 N. Y. Supp. 1135.

PEOPLE ex rel. WHITE v. DIKE, Judge of County Court. (Supreme Court, Appellate Division, Second Department. May 15, 1914.) Proceeding by the People of the State of New York, on the relation of Josiah J. White, against Norman S. Dike, as Judge of the County Court of the County of Kings.

PER CURIAM. On April 10, 1914, by the decision then made, relator was advised that his motion papers were incomplete. The defect was pointed out, and he was given an opportunity to renew the motion upon supplying the necessary papers. This would, of course, involve again serving respondent with a complete set of the new motion papers. Instead of accepting the suggestion, he moved for a reargument upon the same motion papers previously submitted. In his brief upon the motion for reargument, relator states that the papers declared by our previous decision to be necessary have been lost. If that is so, he may be unfortunate; but we can afford him no relief. Motion denied. See, also, 147 N. Y. Supp. 1135.

PEOPLE ex rel. WHITE v. DIKE, Judge of County Court. (Supreme Court, Appellate Division, Second Department. May 25, 1914.) Proceeding by the People of the State of New York, on the relation of Josiah J. White, against Norman S. Dike, as Judge of the County Court of the County of Kings. No opinion. Motion denied. See, also, 147 N. Y. Supp. 1135.

PEOPLES, Appellant, v. TOWNSEND, Respondent. (Supreme Court, Appellate Division, First Department. April 9, 1914.) Action by Mabel H. Peoples, as administratrix, etc., against Copeland Townsend, etc. B. J. Wright, of New York City, for appellant. B. G. Barton, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 147 N. Y. Supp. 1135.

PEOPLES v. TOWNSEND. (Supreme Court, Appellate Division, First Department. May 8, 1914.) Action by Mabel H. Peoples, as administratrix, etc., against Copeland Townsend, etc. No opinion. Motion denied, with $10 costs. Order filed. See, also, 147 N. Y. Supp. 1135.

PEOPLE'S NAT. BANK OF BROOKLYN, Respondent, v. MANNESCHMIDT, Appellant. (Supreme Court, Appellate Division, Second Department. April 17, 1914.) Action by the People's National Bank of Brooklyn, etc., against Jacob Manneschmidt, Jr. No opinion. Appeal dismissed, with $10 costs and disbursements.

PEPPER, Respondent, v. GLASS BAKERY, Appellant. (Supreme Court, Appellate Division, Third Department. May 6, 1914.) Action by John H. Pepper against the Glass